IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LAURA L GRANT,

    Plaintiff,

v.                          CASE NO. 1:05-cv-00204-MP-AK

MICHAEL J ASTRUE,
JO ANNE B BARNHART,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 16, Report and Recommendation of the Magistrate Judge, recommending that the decision of the commissioner, denying benefits, be affirmed. The time for filing objections has passed and none have been filed. The Court agrees with the Magistrate Judge that the ALJ considered the record as a whole, particularly the objective and opinion medical evidence, treatment measures, evidence of substance abuse and drug seeking behavior, evidence of symptom exaggeration, daily activities and work history and properly concluded that her testimony about pain and limitations resulting from pain were not credible. Accordingly, substantial evidence supported the decision to deny benefits, and it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation is adopted and incorporated herein.

2. The decision of the Commissioner, denying benefits, is affirmed.

**DONE AND ORDERED** this _25th_ day of September, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge